## McDERMOTT, INC., Plaintiff– Appellee, Cross–Appellant,

v.

## Clyde IRON, et al., Defendants,

## AmClyde, A Division of AMCA International, Inc., and River Don Casting Ltd., Defendants–Appellants, Cross–Appellees.

### No. 91–2246.

United States Court of Appeals, Fifth Circuit.

Nov. 10, 1994.

Robert E. Couhig, Jr., Thomas O'Brien, Karen L. Lewis, Adams & Reese, New Orleans, LA, for AmClyde, et al.

---

R. Jeffrey Bridger, Rockne L. Moseley, Arden J. Lea, Lea, Plavnicky & Moseley, New Orleans, LA, for appellee.

Before HIGGINBOTHAM and DUHÉ, Circuit Judges, and HARMON,* District Judge.

PER CURIAM:

The Supreme Court has reversed the judgment of this court and remanded the case for further proceedings consistent with its opinion, —— U.S. ——, 114 S.Ct. 1461, 128 L.Ed.2d 148. We, in turn, remand this case to the district court for further proceedings consistent with the opinion of the Supreme Court.

REMANDED.